**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**CREDITORS RELIEF, LLC,**

                **Plaintiff,**        20cv367 (JGK)

    - against -                <u>ORDER</u>

**UNITED DEBT SETTLEMENT, LLC et al,**

                **Defendants.**
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff is directed to re-file the stipulation of voluntary dismissal in accordance with the instructions on the docket by April 29, 2020.

**SO ORDERED.**
**Dated:**    **New York, New York**
          **April 24, 2020**            /s/ John G. Koeltl
                                              **John G. Koeltl**
                                    **United States District Judge**