UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CREDITORS RELIEF, LLC,

        Plaintiff,        20cv367 (JGK)

  - against -        ORDER

UNITED DEBT SETTLEMENT, LLC et al.,

        Defendants.

**JOHN G. KOELTL, District Judge:**

The parties should file any opposition by May 19, 2020 to the dismissal of this case without prejudice. If no opposition is filed by that date, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**  New York, New York
        May 11, 2020       /s/ John G. Koeltl
                              John G. Koeltl
                    United States District Judge