UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CREDITORS RELIEF LLC,

        Plaintiff,

   v.

UNITED DEBT SETTLEMENT, LLC d/b/a UNITED SETTLEMENT; EVERYTHING IS IN STOCK, LLC, d/b/a ELITE RESTAURANT EQUIPMENT, d/b/a KITCHEN EMPORIUM; MARCEL BLUVSTEIN, a/k/a MARCEL BLUSKIN; JOHN DOE ENTITIES 1-10; and JANE DOES 1-5,

        Defendants.

Case No. 1:20-cv-00367

**STIPULATION FOR DISCONTINUANCE AND DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff CREDITORS RELIEF LLC ("*Plaintiff*") and Defendants UNITED DEBT SETTLEMENT, LLC d/b/a UNITED SETTLEMENT; EVERYTHING IS IN STOCK, LLC, d/b/a ELITE RESTAURANT EQUIPMENT, d/b/a KITCHEN EMPORIUM; MARCEL BLUVSTEIN, a/k/a MARCEL BLUSKIN; JOHN DOE ENTITIES 1-10; and JANE DOES 1-5 (collectively, "*Defendants*"), that the above-captioned action is dismissed and discontinued *with prejudice*, as to the named defendant(s), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. A facsimile or electronic copy of this Stipulation and any signatures hereon shall be considered for all purposes as an original.

Dated: May 26, 2020
By: _____
David Graff
Matthew J. Silverstein

Graff Silverstein LLP
60 Hawthorne Way
Hartsdale, New York 10530
Tel.: (212) 381-6055
Email: dgraff@graffsilversteinllp.com
Msilverstein@graffsilversteinllp.com

*Attorneys for Plaintiff*

Dated: May 26, 2020
By: _____
Evangelos Michailidis

Duane Morris LLP                              x
1540 Broadway
New York, New York 10036
Tel.: (212) 692-1000
Email: emichailidis@duanemorris.com

*Attorneys for Defendants*

2